UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOAQUIN BROUSHON HILL,<br><br>Petitioner,<br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00694-MMD-WGC<br><br>ORDER |

This *pro se* 28 U.S.C. § 2254 habeas petition by Joaquin Broushon Hill is before the Court on Hill's amended declaration regarding unexhausted claims (ECF No. 42). Hill now clarifies that he wishes to dismiss this Petition without prejudice in order to return to state court to exhaust his unexhausted claims.

It is therefore ordered that the Petition is dismissed without prejudice.

It is further ordered that to the extent it is applicable in this context, a certificate of appealability is denied.

It is further ordered that the Clerk send Petitioner one copy of his Petition (ECF No. 6).

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 30th day of April 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE